# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUTH AREIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Civil Action No. 4:22-cv-12470-SDK-KGA |

## APPEARANCE OF JOEL D. SMITH

PLEASE TAKE NOTICE that Joel D. Smith of the law firm of Bursor & Fisher, P.A. has entered his appearance as attorney of record for Plaintiff in this action.

By: /s/ Joel D. Smith

**BURSOR & FISHER, P.A.**
Joel D. Smith
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                               */s/ Joel D. Smith*