# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUTH AREIAS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC,<br><br><br>　　　　　Defendant. | Civil Action No. 4:22-cv-12470-SDK-KGA |

## APPEARANCE OF FREDERICK J. KLORCZYK III

PLEASE TAKE NOTICE that Frederick J. Klorczyk III of the law firm of Bursor & Fisher, P.A. has entered his appearance as attorney of record for Plaintiff in this action.

　　　　　　　　　　　　　　　By:　*/s/ Frederick J. Klorczyk III*

　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　Frederick J. Klorczyk III
　　　　　　　　　　　　　　　888 Seventh Avenue
　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　Email:　fklorczyk@bursor.com

　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

               */s/ Frederick J. Klorczyk III*